IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 12 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| SIDNEY M. WOLFE, M.D., | ) |
| Plaintiff, | ) |
| v. | ) CASE NUMBER 1:06CV01257 |
| | ) JUDGE: Ellen Segal Huvelle |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, | ) DECK TYPE: TRO/Preliminary Injunction |
| | ) DATE STAMP: 07/12/2006 |
| Defendant. | ) |

**CERTIFICATE OF NOTICE PURSUANT TO LOCAL RULE 65.1(a)**

I, Brian Wolfman, one of the counsel for the plaintiff, hereby certify that I have consulted with various counsel for the defendant and that, pursuant to an agreement with Ms. Cook and Ms. Zuckerman listed below, I have served the complaint, the motion for a temporary restraining order and memorandum in support thereof, the declaration of Sidney M. Wolfe, a proposed order, and this certificate on the following counsel by electronic mail:

    Kate Cook, FDA counsel's office (kate.cook@fda.hhs.gov)

    Claudia Zuckerman, FDA counsel's office (claudia.zuckerman@fda.hhs.gov)

    Eric Blumberg, FDA counsel's office (eric.blumberg@fda.hhs.gov)

    Eugene Thirlof, Department of Justice (eugene.thirlof@usdoj.gov)

    Gerald Kell, Department of Justice (gerald.kell@usdoj.gov)

I also certify that counsel will be served by facsimile on the morning of July 13, 2006, and that the parties will be served as required by the Federal Rules of Civil Procedure.

_/s/ Brian Wolfman_
Brian Wolfman

3