IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIDNEY M. WOLFE, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-cv-01257 |
| ) | |
| UNITED STATES FOOD AND ) | |
| DRUG ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Sidney M. Wolfe, M.D., hereby dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

Respectfully submitted,

___s/_____
Brian Wolfman
D.C. Bar No. 427491
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, D.C. 20009
(202) 588-1000

Counsel for Plaintiff

July 27, 2006